## Benjamin W. Wise et al., Appellees, v. Potomac National Bank of Potomac, Illinois et al., Appellants.

Gen. No. 9,473.

Cause transferred. Heard in this court at the October term, 1945; opinion filed October 23, 1945; released for publication November 19, 1945. Steely, Steely, Graham &

Dysert and Hutton, Clark & Hutton, for appellants; H. Ernest Hutton and Benjamin I. Norwood, Jr., of counsel; Rearick & Rearick for appellees. Opinion by PRESIDING JUSTICE HAYES. **Not to be published in full.**